```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              SEP - 6 2011

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 11-MJ-2064 |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DETENTION |
| TOMAS MARTINEZ PLATAS, | ) | |
| | ) | |
| Defendant. | ) | |

I.

A. ( )    On motion of the Government in a case allegedly involving:

    1. ( )    a crime of violence.

    2. ( )    an offense with maximum sentence of life imprisonment or death.

    3. ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)    On motion by the Government / ( ) on Court's own motion, in a case

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    allegedly involving:

2    ( ✓ )   On the further allegation by the Government of:

3    1. ( ✓ )   a serious risk that the defendant will flee.

4    2. ( )   a serious risk that the defendant will:

5    a. ( )   obstruct or attempt to obstruct justice.

6    b. ( )   threaten, injure, or intimidate a prospective witness or juror or

7    attempt to do so.

8    C. The Government ( ) is/ ( ✓ ) is not entitled to a rebuttable presumption that no

9    condition or combination of conditions will reasonably assure the defendant's

10   appearance as required and the safety of any person or the community.

11

12   II.

13   A. ( ✓ )   The Court finds that no condition or combination of conditions will

14   reasonably assure:

15   1. ( ✓ )   the appearance of the defendant as required.

16   ( ✓ )   and/or

17   2. ( ✓ )   the safety of any person or the community.

18   B. ( )   The Court finds that the defendant has not rebutted by sufficient

19   evidence to the contrary the presumption provided by statute.

20

21   III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24   offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25   victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✓)    As to flight risk:  Defendant provided no background information and is of questionable immigration status.

B. (✓)    As to danger: Defendant also has a criminal history, including prior felony convictions.

## VI.

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct  or  attempt to  obstruct  justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:  _____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1  custody of the Attorney General for confinement in a corrections facility

2  separate, to the extent practicable, from persons awaiting or serving

3  sentences or being held in custody pending appeal.

4  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

5  opportunity for private consultation with counsel.

6  D. IT IS FURTHER ORDERED that, on order of a Court of the United States

7  or on request of any attorney for the Government, the person in charge of

8  the corrections facility in which the defendant is confined deliver the

9  defendant to a United States marshal for the purpose of an appearance in

10  connection with a court proceeding.

14  DATED: September 6, 2011

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)